**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Hon. Stephen C. Dwight
14th JDC District Attorney
P. O. Box 3206
Lake Charles LA 70601

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on August 11, 2021

**REHEARING ACTION: August 11, 2021**

**Docket Number: 20   00074-KH**

**STATE OF LOUISIANA**
**VERSUS**
**LADRAY BIAS, JR.**

**Writ Application from Calcasieu Parish Case No. 12308-17**

<u>**BEFORE JUDGES**</u>**:**

    **Hon. Elizabeth A. Pickett**
    **Hon. Billy Howard Ezell**
    **Hon. Jonathan W. Perry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by the **State of Louisiana** has this day been

    **DENIED.**

cc: Ladray Bias, Jr., Pro Se